Cite as 2023 Ark. 9

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE AMENDED ADMINISTRATIVE PLANS FOR CIRCUIT COURTS | Opinion Delivered: February 9, 2023 |

## PER CURIAM

Pursuant to Administrative Order No. 14, amendments to currently approved administrative plans have been submitted by the Fourth Circuit and the Sixth Circuit. These amendments are approved and shall be effective immediately.

Administrative plans currently in effect for all other circuit courts remain in full force and effect until a subsequent plan is approved.